# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145927

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RIGOBERTO CARDENAS-BORBON,
      Defendant-Appellant.

SC: 145927
COA: 307598
Macomb CC: 2005-004728-FC

_____/

On order of the Court, the application for leave to appeal the August 31, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

s0225